**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **MARCIA A. WOLF, et al.** | § | |
| | § | |
| **Plaintiffs** | § | |
| | § | |
| **VS.** | § | **Case No. 4:13CV212** |
| | § | |
| **BANK OF AMERICA, N.A., et al.** | § | |
| | § | |
| **Defendants** | § | |

**ORDER**

As stated at the June 2, 2014 status conference, Plaintiffs may file any supplemental responses to the pending motion to dismiss and motion for summary judgment on or before June 12, 2014.  Any reply by Defendants shall be filed no later than June 20, 2014.

As previously ordered, no other motions or pleadings shall be filed pending the Court's consideration of the pending dispositive motions.

**SO ORDERED.**
**SIGNED this 4th day of June, 2014.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE