**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| **MARCIA A. WOLF, et al.** § | |
| § | |
| **Plaintiffs** § | |
| § | |
| **VS.** § | **Case No. 4:13CV212** |
| § | |
| **BANK OF AMERICA, N.A., et al.** § | |
| § | |
| **Defendants** § | |

**ORDER**

As stated at the July 29, 2014 status conference, Plaintiffs may file any supplemental responses to the pending motion to dismiss and motion for summary judgment on or before August 4, 2014.  Plaintiffs' supplemental responses shall be limited to any issues raised by the inspection and production of the original note.  Any reply by Defendants shall be filed no later than August 11, 2014.

As previously ordered, no other motions or pleadings shall be filed pending the Court's consideration of the pending dispositive motions.[1]

**SO ORDERED.**
**SIGNED this 29th day of July, 2014.**

_____
DON D. BUSH
UNITED STATES MAGISTRATE JUDGE

---

[1]Defendants' Motion to Dismiss Plaintiffs' Amended Complaint (Dkt. 50) and Defendants' Motion for Summary Judgment (Dkt. 78) are both pending before the Court.